**LAUDERDALE BY-THE-SEA DEVELOPMENT COMPANY, a Florida corporation, M. I. Anglin and S. A. Anglin, v. FRANK T. HUMISTON and CARRIE W. HUMISTON, his wife.**

10 So. (2nd) 486                                                  Division B
November 17, 1942          Rehearing Denied December 7, 1942

Roach & Hoyl, for appellants.
Baxter & Berryhill, for appellees.

PER CURIAM:

This case grows out of a mill run real estate transaction wherein appellants sold appellees lots one, two and three, Blocks Nine of Lauderdale by the Sea, a subdivision in Broward County. It was instituted as a suit for injunction but wound up as one to require performance of the contract to sell. The ultimate questions turned on the interpretation of the evidence in support of a complicated set of facts. The chancellor found for the complainants and his finding finds ample support in the record. A detailed discussion of the questions raised would require a lengthy opinion that would serve no useful purpose.

The judgment appealed from was fair and equitable and is affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, JJ., concur.